ORIGINAL

EDWARD H. KUBO, Jr. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

CLARE E. CONNORS    #7936
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 8 2005

at 4 o'clock and 03 min. P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-0100-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CRIMINAL COMPLAINT; |
| vs. | ) | AFFIDAVIT |
| | ) | |
| STANTON JOAQUIN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

COUNT 1

On or about September 15, 2004, in the District of Hawaii, defendant STANTON JOAQUIN, who was subject to a court order that meets the requirements of Title 18 United States Code, Sections 922(g)(8)(A), (B) and (C)(ii), to wit: a court order restraining him from threatening or physically abusing an intimate partner, and said order by its terms explicitly prohibiting the use, attempted use, or threatened use of physical force against such intimate partner, and that such order was issued after a hearing in which he participated and had actual notice, did possess in and affecting commerce a firearm and ammunition, to wit: a Smith and Wesson, 38 caliber revolver, Serial number 655139, three (3) rounds of Winchester 38 caliber ammunition and one (1) round of Remington 38 caliber ammunition, all in violation of Title 18, United States Code, Section 922(g)(8) and 924(a)(2).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based upon the facts set forth in the attached "Agent's Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

_____
JEFFREY B. KEARNS
COMPLAINANT

Subscribed to and sworn before me on
February 18, 2005, at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

JEFFREY B. KEARNS, after being first duly sworn on oath, deposes and says:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the District of Hawaii.

2. On September 15, 2004, at approximately 2330 hours, Hawaii County Police Department (HCPD) Officers Gregory Ikeda and Aubrey Auna responded to a call for service regarding vehicles driving recklessly in the parking lot of the Prince Kuhio Plaza shopping mall in Hilo. Officer Auna arrived at the location first and advised that he was pursuing a white or silver SUV, possibly a Toyota, that was driving recklessly in the mall parking lot. After several minutes, Officer Auna advised that he had lost sight of the vehicle and was no longer following it.

3. Approximately 10 to 15 minutes later, Officer Ikeda responded to a disturbance call at 2095 Awapuhi Street in Hilo. Upon arrival, Officer Ikeda saw a white 1991 Toyota 4-Runner bearing Hawaii license plate number HEF 396 parked on the property of this residence. Officer Ikeda made contact with the owner of the residence who reported that two (2) unidentified males had parked on his property, exited the vehicle, and left on foot toward the Jehovah Witness Church (2085 Awapuhi). When no one returned to the vehicle, the residence owner called the police. Officers conducted an area search on foot in an attempt to find someone associated with the vehicle but were unsuccessful. Officer Ikeda then approached the vehicle and found the driver's side window down and the driver's side door unlocked. Officer Ikeda opened the door and looked into the vehicle in an attempt to find some sort of documentation relating to ownership of the vehicle. Upon opening the door, Officer Ikeda saw the butt of a handgun protruding from underneath the driver's seat on the floorboard. Officer Ikeda then closed the door and summoned a tow truck to take the vehicle to the Hilo station where it could be secured until a warrant could be obtained to recover the firearm.

4. A subsequent check by officers revealed that the vehicle was registered to Norma Joaquin, P.O. Box 1311, Honokaa, Hawaii.

5. On September 16, 2004, at approximately 0500 hours, Officer Ikeda met with Stancey Joaquin at the Hilo Police Station. Ms. Joaquin stated that she wanted to report her 4-Runner stolen. Officer Ikeda believed this to be untrue and told Ms. Joaquin this. Ms. Joaquin subsequently admitted that her mother (Norma Joaquin) had told her to go the police station and say the vehicle had been stolen. She further stated that her mother came to her house and woke her up at approximately 0400 hours and told her to go and report the vehicle stolen and to try and get it back. She said her mother told her that her brother, Stanton JOAQUIN, had told her mother that he parked the car near the Panaewa church at approximately 0130 hours and when he went back for it he saw it was gone and neighbors told him that the police had towed the vehicle. Ms. Joaquin then left the station.

6. On September 16, 2004, Officer Ikeda conferred with Officer Paul Fukuda of the vice section regarding the events that had transpired. The officers believed that Stanton JOAQUIN was the driver of the vehicle and that he may have been in possession of illegal drugs and that is why he ran from police. Officer Fukuda conducted a canine screening of the vehicle and drug canine LI'I alerted to the possible presence of illegal drugs in the vehicle. Officer Fukuda then obtained a State search warrant for the vehicle and subsequently recovered a Smith and Wesson, Unknown model, 38 caliber revolver, serial number 655139, loaded with four (4) rounds of 38 caliber ammunition.

7. On February 16, 2005, at approximately 0830 hours, HCPD officers attempted to initiate a traffic stop on a white 1992 Toyota 4-Runner bearing Hawaii license plate number HFA 483. The vehicle refused to stop and attempted to elude police for approximately 30 minutes through rural areas of the North Hilo District. The vehicle was eventually cornered and the driver was found to be Stanton JOAQUIN. JOAQUIN was arrested on several traffic charges and some outstanding warrants and subsequently transported to the Hilo cell block. The vehicle was registered to Lazaro Joaquin of Hilo.

8. Vice officer Ken Quiocho and narcotic canine Nalu were summoned to the scene to do a drug screen of the vehicle. Nalu alerted to the vehicle and the vehicle was taken to the police station in Hilo and secured until a search warrant was obtained.

9. While in police custody in Hilo, JOAQUIN was interviewed by Officer Quiocho. After being advised of his Constitutional rights, JOAQUIN waived those rights and agreed to answer questions. With regards to the events of September 15 and 16, 2004, JOAQUIN admitted that he was driving the vehicle that was subsequently towed and searched by the police. He stated that he knew there was a firearm in the vehicle and that is why he ran from police. JOAQUIN stated that the firearm was in the vehicle when it was purchased and he found it. He stated that he had handled the firearm and that he kept it to try and sell or barter for stereo equipment. He stated that the previous owner of the vehicle never contacted him inquiring about any property left in the vehicle. At the time of recovery, the firearm was loaded with four (4) rounds of ammunition and there was also an expended cartridge in the cylinder.

10. Inquiries by this office revealed that Stanton JOAQUIN is the subject of a court order that meets the requirements of Title 18 United States Code, Sections 922(g)(8)(A), (B) and (C)(ii), to wit: a court order restraining him from threatening or physically abusing an intimate partner, and said order by its terms explicitly prohibiting the use, attempted use, or threatened use of physical force against such intimate partner, and that such order was issued after a hearing in which he participated and had actual notice. The order was issued by the Family Court of the Third Circuit of the State of Hawaii on cause number FC-DA No. 04-1-0140, on March 23, 2004, and is scheduled to remain in effect until March 7, 2007.

//

//

//

//

//

//

//

//

11. Aforementioned firearm and ammunition listed under subheading number six was manufactured outside the State of Hawaii, thus affecting interstate commerce.

FURTHER AFFIANT SAYETH NAUGHT

_____
JEFFREY B. KEARNS
Special Agent, ATF

this Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above named committed the charged crime found to exist by the undersigned Judicial Officer at 3:55 p.m. on February 18, 2005.

Subscribed to and sworn before me on
February 18, 2005, at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE
District of Hawaii