EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

CLARE E. CONNORS #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 0 2005
at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00162 DAE |
| Plaintiff, ) | INDICTMENT |
| v. ) | [18 U.S.C. § 922(g)(8)] |
| STANTON A. JOAQUIN ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT 1

(Possession of a Firearm Despite Court Order
Prohibiting Use of Force Against Intimate Partner or Child)

The Grand Jury charges that:

On or about September 15, 2004, in the District of Hawaii, defendant STANTON JOAQUIN, who was subject to a court order that meets the requirements of Title 18 United States Code, Sections 922(g)(8)(A), (B) and (C)(ii), to wit: a court order

restraining him from threatening or physically abusing an intimate partner, and said order by its terms explicitly prohibiting the use, attempted use, or threatened use of physical force against such intimate partner, and that such order was issued after a hearing in which he participated and had actual notice, did possess in and affecting commerce a firearm and ammunition, to wit: a Smith and Wesson, 38 caliber revolver, Serial number 655139, three (3) rounds of Winchester 38 caliber ammunition and one (1) round of Remington 38 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

DATED: April 20, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
CLARE E. CONNORS
Assistant U.S. Attorney

United States v. Stanton Joaquin
Cr. No.
INDICTMENT