ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE    #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545

Attorney for Defendant
STANTON A. JOAQUIN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at ___ o'clock and ___ ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00162 JMS-01 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT<br>) PRESENTENCE REPORT;<br>) CERTIFICATE OF SERVICE |
| vs. | ) |
| STANTON A. JOAQUIN, | ) DATE: 04/10/06<br>) TIME: 2:15 p.m. |
| Defendant. | ) |

N:\LORI\CLIENTS\Joaquin_Stanton\psi_resp.wpd

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, STANTON A. JOAQUIN, by and through counsel, LORETTA A. FAYMONVILLE, Assistant Federal Public Defender, states that he has no proposed objections or modifications to the Draft Presentence Report.

Defendant reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED: Honolulu, Hawaii, January 4, 2006.

_____
LORETTA A. FAYMONVILLE
Attorney for Defendant
STANTON A. JOAQUIN

In the United States District Court, for the District
of Hawaii, <u>United States v. Joaquin</u>, Cr. No. 05-00162 JMS-01
Response to Draft Presentence Report

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was duly hand-delivered to the following:

CLARE E. CONNORS
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ADAM D. SWEENEY
U. S. Probation Office
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, January 4, 2006.

*/s/ Hermi Hunt*
Hermi Hunt