# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00162JMS-01 |
| CASE NAME: | United States of America vs. Stanton A. Joaquin |
| ATTYS FOR PLA: | Darren Ching for Clare Connors |
| ATTYS FOR DEFT: | Loretta Faymonvilee |
| U.S.P.O.: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 4/10/2006 | TIME: | 2:25 - 3:00 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present with counsel Loretta Faymonville.

Allocution by the defendant.

Imprisonment 21 months.  Supervised Release 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the

probation officer.

Page 2
Criminal 05-00162JMS-01
U.S.A. vs. Stanton A. Joaquin
April 10, 2006

7. That the defendant is prohibited from the possession and use of alcohol.

8. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office. In the alternative, the defendant shall participate in an approved program for domestic violence, at the discretion and direction of the Probation Office.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. That the fine of $3,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Special Monetary Assessment $100.

Advised of rights to appeal.

Defendant's Oral Motion for Self Surrender GRANTED.

RECOMMENDATION: West Coast Facility.
That the defendant participate in educational and vocational training programs.

MITTIMUS: May 23, 2006 at 2:00 p.m.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

Submitted by:   Dottie Miwa, Courtroom Manager