# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00162JMS-01

CASE NAME:        United States of America vs. Stanton Joaquin

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   J. Michael Seabright        REPORTER:

DATE:    4/11/2006                    TIME:

COURT ACTION:  ENTERING ORDER:

Per Ms. Faymonville's letter dated April 10, 2006 stating that defendant, Stanton Joaquin has changed his mind about where he would prefer to serve his sentence. He is now asking that Court recommend to the BOP that he serve his sentence in FDC Honolulu so that it will be easier for his family to visit him.

Court will GRANT defendant's request and will recommend to the BOP Honolulu, HI.

Submitted by:   Dottie Miwa, Courtroom Manager