PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE      # 3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
STANTON A. JOAQUIN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2006

at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00162JMS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) AMENDING SELF-SURRENDER |
| vs. | ) DATE |
| | ) |
| STANTON A. JOAQUIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION AND ORDER AMENDING SELF-SURRENDER DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the Defendant STANTON A. JOAQUIN's self-surrender date of

May 23, 2006, shall be amended and extended to June 6, 2006.

All other terms and conditions of his sentence to remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 19, 2006.

_____
LORETTA A. FAYMONVILLE
Attorney for Defendant
STANTON A. JOAQUIN

_____
CLARE E. CONNORS
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
CAROLYN L. K. HALL
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 5/19/06.

_____
The Honorable J. MICHAEL SEABRIGHT
United States District Judge
District of Hawaii

2